**STATE v. ROLLINS**

[367 N.C. 114 (2013)]

STATE OF NORTH CAROLINA v. DEMARIO JAQUINTA ROLLINS

No. 8A13

(Filed 4 October 2013)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 734 S.E.2d 634 (2012), finding no error in an order denying defendant's motion for appropriate relief entered on 12 July 2010 by Judge Richard D. Boner in Superior Court, Mecklenburg County. Heard in the Supreme Court on 3 September 2013.

*Roy Cooper, Attorney General, by Laura E. Parker, Assistant Attorney General, for the State.*

*Staples S. Hughes, Appellate Defender, by Daniel R. Pollitt and Anne M. Gomez, Assistant Appellate Defenders, for defendant-appellant.*

PER CURIAM.

AFFIRMED.